# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

130131

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEBORAH BURLESON, Personal
Representative of the ESTATE OF
JAMES GREEN BURLESON, III,
      Plaintiff-Appellant,

v

AUTO CLUB INSURANCE
ASSOCIATION,
      Defendant,

and

HARLEYSVILLE LAKE STATES
INSURANCE COMPANY,
      Defendant-Appellee.

SC: 130131
COA: 263288
Wayne CC: 04-403774-CK

_____/

On order of the Court, the application for leave to appeal the November 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006 _____

s0419

_____
Clerk